UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-CV-20910-Altonaga/Goodman

DOLORES MERTZ,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., a Bermuda Company
d/b/a NORWEGIAN CRUISE LINE,

    Defendant.
_____/

## DECLARATION OF MICHAEL HOWE

Pursuant to *28 U.S.C. §1746*, I hereby declare as follows:

1. My name is MICHAEL HOWE. On the date of the subject incident, February 16, 2016, which forms the basis of this cause of action I was employed by Defendant NCL (BAHAMAS) LTD. ("NCL") in the position of security officer onboard the *NCL SPIRIT*. In this capacity, I possess personal knowledge regarding the *NCL SPIRIT*'s tender operations in St. Thomas, Virgin Islands. I possess personal knowledge of the information provided herein.

2. On February 16, 2016, an incident occurred involving the Plaintiff, Dolores Mertz, in which it is claimed that she was injured while boarding an NCL tender in St. Thomas, Virgin Islands that was docked to a dock/jetty.

3. On the date of the subject incident, NCL was only utilizing tenders from the *NCL SPIRIT* and *NCL ESCAPE* (as depicted in the attached photographs) to transport ship passengers to and from the *NCL SPIRIT* to the shores of St. Thomas.

1

4. On the date of the subject incident, NCL did not utilize either wooden or private tenders to transport ship passengers to and from the *NCL SPIRIT* to the shores of St. Thomas.

5. Moreover, although I was not present during the incident, on the date of the incident when I was located on the dock/jetty part of my duties and responsibilities, included assisting and supervising NCL's tender operations in St. Thomas.

6. During these tender operations, I witnessed that the entrance/exit of the NCL tenders to be at the same level as the dock/jetty and therefore the passengers were not required to either step-up or step-down to enter or exit the tenders.

7. While employed by NCL I never witnessed any passengers having an issue either boarding or exiting a tender during NCL's tendering operations in St. Thomas, Virgin Islands.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of October, 2017.

*[signature]*
MICHAEL HOWE

2







