UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20910-CIV-ALTONAGA/Goodman

**DELORES MERTZ**,

 Plaintiff,

v.

**NCL (BAHAMAS) LTD.**,

 Defendant.

_____/

<u>**ORDER**</u>

**THIS CAUSE** came before the Court at a January 12, 2018 hearing [ECF No. 53], addressing Defendant, NCL (Bahamas) Ltd.'s Motion for Final Summary Judgment [ECF No. 34]; Motion to Strike and/or Daubert Motion [ECF No. 35]; and Ombibus Motion *in Limine* [ECF No. 36]. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Final Summary Judgment **[ECF No. 34]** is **DENIED**.

2. Defendant's Motion to Strike and/or Daubert Motion **[ECF No. 35]** is **GRANTED IN PART** and **DENIED IN PART**.

3. Defendant's Motion *in Limine* **[ECF No. 36]** is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2018.

*[signature]*
_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record